UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC., <br> Plaintiff, <br> v. <br> SALAH MOHAMED ALKOBADI, <br> Defendant. | Case No. 1:18-cv-00395-LJO-EPG <br><br> **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE** <br><br> (ECF No. 11) |

On June 21, 2018, Plaintiff filed a notice of voluntary dismissal of this action. (ECF No. 11). Thus, the case has ended, and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: __**June 22, 2018**__  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1